# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  MAGISTRATE NO.: _13-9130_

V.  :  CRIMINAL ACTION

_Christopher Rebovich_  :  ORDER OF RELEASE

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

( ✓ ) Reporting, as directed, to U.S. Pretrial Services;

( ✓ ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ✓ ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ✓ ) The defendant shall appear at all future court proceedings;

( ✓ ) Other: _Resign from employment with Pictanny Arsenal_

X _____  06-27-2013
DEFENDANT                    DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____
DATE  6/27/13