UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :
                           :   VIOLATION NO. NJ10-2187417 (Mautone)
                           :
v.                         :
                           :   ORDER
CHRISTOPHER REBOVICH       :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __20th__ day of __November__, 2013,

ORDERED that _____Lorraine Gauli-Rufo, AFPD_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
JAMES B. CLARK III
United States Magistrate Judge