UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 13-9130 |
| v. | : | CRIMINAL ACTION |
| CHRISTOPHER REBOVICH | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

[X] Reporting, as directed, to U.S. Pretrial Services;

[X] Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

[X] Mental Health testing/treatment as directed by U.S. Pretrial Services:

[X] The defendant shall appear at all future court proceedings;

[X] Other: DEFENDANT TO BE RELEASED TO RESIDENTIAL TREATMENT PROGRAM AS DIRECTED/ARRANGED BY PRETRIAL SERVICES

_____     DATE  12/19/13
DEFENDANT

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

DATE  12/19/13

> DATE OF RELEASE TO BE DETERMINED BY PRETRIAL SERVICES